**In the Matter of the CARE AND TREATMENT OF Elroy W. KEY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 63524.**

Missouri Court of Appeals, Western District.

Dec. 21, 2004.

---

Emmett D. Queener, Columbia, MO, for appellant.

Cherylayn C. Nield, Jefferson City, MO, for respondent.

Before LISA WHITE HARDWICK, P.J., ROBERT G. ULRICH and THOMAS H. NEWTON, JJ.

### ORDER

PER CURIAM.

Elroy Key appeals the judgment, following jury trial, committing him to the custody of the Department of Mental Health as a sexually violent predator as provided by section 632.480 et seq., RSMo 2000. He asserts in his single point on appeal that the evidence was insufficient to prove be-

yond a reasonable doubt that he is more likely than not to engage in predatory acts of sexual violence if not confined in a secure facility. The judgment is affirmed. Rule 84.16(b)